# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § <br> § <br> § CASE NUMBER 6:20-CR-00097-JCB <br> § <br> § <br> § <br> § <br> § |
| v. | |
| JOHN ERIC RETIZ | |

## WAIVER OF RIGHTS AND CONSENT TO PROCEED BY VIDEO CONFERENCE

I, JOHN ERIC RETIZ, the above-named defendant, along with his/her undersigned attorney, hereby acknowledge the following and expressly consent to proceed by video conference.

(1) Defendant has received a copy of the charging instrument in this case.

(2) Defendant understands he/she has the right to appear personally with his/her attorney before a federal judge in open court; and, that while he/she has the right to appear in person, he/she can waive that right and consent to a hearing by video conference.

(3) Defendant affirmatively states he/she has no objection to proceeding by video conference.

(4) Defendant, having conferred with his/her attorney, understands that by signing this form, he/she is knowingly and voluntarily waiving (giving up) any right to personal appearance and providing consent (agreeing) for this court proceeding to be conducted by video conference as provided for in Rules 5 and 10 of the Federal Rules of Criminal Procedure.

Date: 01/07/2021

Defendant: John Eric Retiz

Defendant's Attorney: Thomas B. McClain

_____
United States Magistrate Judge