IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § § § CASE NUMBER 6:20-CR-00097-JCB |
| v. | § § § |
| JOHN ERIC RETIZ (6), | § § § |

**ORDER**

This case is set for **Pretrial Conference** on **THURSDAY, MARCH 04, 2021 at 1:30pm. Jury Selection and Trial set on MONDAY, MARCH 08, 2021 at 9:30am** before United States District Judge **J. Campbell Barker**.

It is further ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is **MONDAY, FEBRUARY 08, 2021** at **12:00pm.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause for the delay.

ORDERED and SIGNED this 7th day of January 2021.

K. Nicole Mitchell, U.S. Magistrate Judge