IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ERIC RETIZ (06) | Case No. 6:20-CR-97<br>JCB/JDL |

## NOTICE OF PLEA AGREEMENT

The United States of America, by its undersigned counsel, would show the Court that the defendant, **John Eric Retiz**, and the government have entered into a written plea agreement in relation to the charges now pending before this Court.

    Respectfully submitted,
    NICHOLAS J. GANJEI
    ACTING UNITED STATES ATTORNEY

    */s/ D. Ryan Locker*
    D. RYAN LOCKER
    ASSISTANT U.S. ATTORNEY
    Texas Bar No. 24046307
    110 North College Avenue, Suite 700
    Tyler, Texas 75702
    (903) 590-1400
    Ryan.Locker@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on or about the date of filing, I have conferred with opposing counsel who has indicated that he does not oppose the contents of this notice or its filing.

    */s/ D. Ryan Locker*
    D. RYAN LOCKER

## CERTIFICATE OF SERVICE

I certify that this Notice of Plea Agreement has been served on counsel for defendant via the court's CM/ECF system on November 5, 2021.

*/s/ D. Ryan Locker*
D. RYAN LOCKER
