IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:20-CR-97 |
| JOHN ERIC RETIZ (06) | § | |

## **PRELIMINARY ORDER OF FORFEITURE**

The defendant, **John Eric Retiz**, entered into a plea agreement with the United States in which the defendant consented to the forfeiture of the defendant's interest in $5,000.00 in United States currency, and all interest and proceeds traceable thereto, representing the amount of cash proceeds obtained by the defendant as a result of the offense alleged in Count One of the indictment, which charges a violation of 21 U.S.C. § 846, conspiracy to possess with intent to distribute methamphetamine, for which the defendant is personally liable, pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

The United States has filed a Motion for Preliminary Order of Forfeiture for the cash proceeds obtained by the defendant in the amount of $5,000.00.

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The defendant, **John Eric Retiz**, shall forfeit to the United States the sum of $5,000.00 in United States currency and all interest and proceeds traceable thereto, representing property constituting, or derived from, proceeds obtained by the defendant, as a result of the offense alleged in Count One of the indictment, which charges a

violation of 21 U.S.C. § 846, conspiracy to possess with intent to distribute methamphetamine, for which the defendant is personally liable, pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461.

    2.    This order shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment, pursuant to Fed.R.Crim.P. 32.2(b)(4).

    3.    The United States may, at any time, move to amend this order of forfeiture to include substitute property having a value not to exceed $5,000.00 to satisfy the amount of cash proceeds forfeited by the defendant in whole or in part.

    4.    Because the forfeiture order will consist only of the forfeiture of cash proceeds obtained by the defendant, no ancillary proceeding will be required to adjudicate the interests of third parties in the forfeited property, pursuant to Rule 32.2(c)(1).

    5.    The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

**So ORDERED and SIGNED this 18th day of November, 2021.**

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE